UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>Defendant.<br><br>AND ALL RELATED ACTIONS | Case No. 3:05-cv-04074 SI<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Judge: The Honorable Susan Illston |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Mediation.

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. 3:05-cv-04074 SI
sd-300630

1 | The parties agree to hold the ADR session by May 18, 2006 (90 days from CMC hearing).

2 | Dated: February 8, 2006            VOSS, COOK & THEL LLP

3

4 | By: /s/ Paul C. Nyquist
5 | Paul C. Nyquist
    Francis T. Donahue
6 | Attorneys for Defendant/Cross-Complainant
    AXIS-SHIELD ASA

7 | Dated: February 8, 2006            PRESTON GATES & ELLIS LLP

8

9 | By: /s/ Timothy P. Walker
10 | Timothy P. Walker
    Elaine Y. Chow
11 | Attorneys for Defendant/Cross-Complainant
    AXIS-SHIELD ASA

12 | Dated: February 8, 2006            MORRISON & FOERSTER LLP

13

14

15 | By: /s/Steven E. Comer
    David C. Doyle
    Steven E. Comer
16 | Peng Chen
    Anders T. Aannestad
17 | Jason A. Crotty
    Attorneys for Plaintiff
18 | GENERAL ATOMICS, DIAZYME
    LABORATORIES DIVISION and
19 | Counterdefendant-counterplaintiff
    CAROLINA LIQUID CHEMISTRIES
20 | CORPORATION

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. 3:05-cv-04074 SI
sd-300630

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Mediation

Deadline for ADR session is May 18, 2006.

IT IS SO ORDERED.

Dated: 2/8/06

_____
The Honorable Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. 3:05-cv-04074 SI
sd-300630

2

1 | **General Order 45 Attestation**

2     I, Anders T. Aannestad, am the ECF User whose ID and password are being used

3 to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with

4 General Order 45, X.B., I hereby attest that Steven E. Comer, Paul C. Nyquist and Timothy

5 P. Walker have concurred in this filing.

6                                       /s/ Anders T. Aannestad
                                          Anders T. Aannestad