UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>     Defendant.<br><br>AND ALL RELATED ACTIONS | Case No. 3:05-cv-04074 SI<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING '645 AND '581 PATENTS WITH PREJUDICE**<br><br>Judge: The Honorable Susan Illston |

  IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that all claims and counterclaims relating to United States Patent No. 5,827,645 and United States Patent No. 6,063,581, are hereby dismissed with prejudice. This dismissal applies only to General Atomics' enzymatic homocysteine assay products. This dismissal shall not be deemed to affect the remaining claims and counterclaims set forth in the Complaint and in the Counterclaim. The parties further stipulate that each party will bear its own costs and fees.

STIPULATION AND [PROPOSED] ORDER DISMISSING '645 AND '581 PATENTS WITH PREJUDICE
Case No. 3:05-cv-04074 SI
sd-300709

| | |
|---|---|
| Dated: February 10, 2006 | VOSS, COOK & THEL LLP |
| | By: /s/ Paul C. Nyquist |
| | Paul C. Nyquist |
| | Francis T. Donahue |
| | Attorneys for Defendant/Cross-Complainant |
| | AXIS-SHIELD ASA |
| Dated: February 10, 2006 | PRESTON GATES & ELLIS LLP |
| | By: /s/ Timothy P. Walker |
| | Timothy P. Walker |
| | Elaine Y. Chow |
| | Attorneys for Defendant/Cross-Complainant |
| | AXIS-SHIELD ASA |
| Dated: February 10, 2006 | MORRISON & FOERSTER LLP |
| | By: /s/ David C. Doyle |
| | David C. Doyle |
| | Steven E. Comer |
| | Peng Chen |
| | Anders T. Aannestad |
| | Jason A. Crotty |
| | Attorneys for Plaintiff |
| | GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION and Counterdefendant-counterplaintiff CAROLINA LIQUID CHEMISTRIES CORPORATION |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

1
STIPULATION AND [PROPOSED] ORDER DISMISSING '645 AND '581 PATENTS WITH PREJUDICE
Case No. 3:05-cv-04074 SI
sd-300709

**General Order 45 Attestation**

I, Anders T. Aannestad, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Dismissing '645 and '581 Patents with Prejudice. In compliance with General Order 45, X.B., I hereby attest that David C. Doyle, Paul C. Nyquist and Timothy P. Walker have concurred in this filing.

                                         /s/ Anders T. Aannestad
                                          Anders T. Aannestad