IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION,
        Plaintiff,

v.

AXIS-SHIELD ASA,
        Defendant.
        /

No. C 05-04074 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR PLAINTIFF'S SUMMARY JUDGMENT MOTION: May 19, 2006 at 9:00 a.m. (file motion: 4/14/06, file opposition: April 28, 2006, file reply 5/5/06)

FURTHER CASE MANAGEMENT: June 23, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

TUTORIAL: September 13, 2006 at 3:30 p.m. (2 hrs)

CLAIM CONSTRUCTION HEARING: September 14, 2006 at 3:30 p.m. (2 hrs)

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 15, 2006.

DESIGNATION OF EXPERTS: 1/12/07; REBUTTAL: 2/2/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 27, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by May 11, 2007;

    Opp. Due May 25, 2007; Reply Due June 1, 2007;

    and set for hearing no later than June 15, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 17, 2007 at 3:30 PM.

JURY TRIAL DATE: July 30, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will be filing a stipulated protective order during the week of February 21, 2006.
See attached Patent Schedule.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/21/06

_____
SUSAN ILLSTON
United States District Judge

| Date | Event |
|---|---|
| 3/3/06 | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Pat.L.R. 3-1 &2) by deft. |
| 4/17/06 | Serve Preliminary Invalidity Contentions (Pat.L.R. 3-3 &4) by pltf. |
| 5/1/06 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 5/22/06 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 6/16/06 | File Joint Claim Construction & Prehearing Statement (Pat.L.R. 4-3) |
| 7/14/06 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 7/31/06 - by deft | File Opening Brief on Claim Construction (Pat.L.R. 4-5) |
| 8/14/06 - by pltf | File Responsive Brief on Claim Construction (Pat.L.R. 4-5) |