1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  GENERAL ATOMICS, DIAZYME                    Case No.    3:05-cv-04074 SI
    LABORATORIES DIVISION, a California
13  corporation,                                **STIPULATION AND [PROPOSED]**
                                                **ORDER RE: AXIS-SHIELD'S**
14                  Plaintiff,                   **ANSWER AND COUNTERCLAIM**
                                                **TO THE AMENDED COMPLAINT**
15          v.
                                                Judge:  The Honorable Susan Illston
16  AXIS-SHIELD ASA, a Norway corporation,

17                  Defendant.

18  AND ALL RELATED ACTIONS

19

20          IT IS HEREBY STIPULATED by and between the parties to this action through their

21  undersigned counsel as follows:  (1) That the Answer and Counterclaim filed by Axis-Shield

22  ASA ("Axis-Shield") on October 27, 2005, shall be deemed the Answer and Counterclaim to the

23  Amended Complaint filed by General Atomics, Diazyme Laboratories Division ("General

24  Atomics") on March 1, 2006, and that all new allegations of the Amended Complaint are

25  specifically denied by Axis-Shield;  (2) That the Amended Answers of General Atomics and

26  Carolina Liquid Chemistries Corporation to the Counterclaim of Axis-Shield shall remain in force

27  and effect; and (3) That the Stipulation and Order relating to the dismissal with prejudice of all

28
                                                1
    STIPULATION AND [PROPOSED] ORDER RE: AXIS-SHIELD'S ANSWER AND COUNTERCLAIM TO THE
    AMENDED COMPLAINT
    Case No. 3:05-cv-04074 SI

1   claims and counterclaims relating to United States Patent No. 5,827,645 and United States Patent

2   No. 6,063,581 shall remain in force and effect.

3

4   Dated: March 22, 2006                          VOSS, COOK & THEL LLP

5

6                                                  By:  /s/ Paul C. Nyquist
                                                        Paul C. Nyquist

7                                                       Francis T. Donahue
                                                        Attorneys for Defendant/Cross-Complainant

8                                                       AXIS-SHIELD ASA

9   Dated: March 22, 2006                          PRESTON GATES & ELLIS LLP

10

11                                                 By:  /s/ Timothy P. Walker
                                                        Timothy P. Walker

12                                                      Elaine Y. Chow
                                                        Attorneys for Defendant/Cross-Complainant

13                                                      AXIS-SHIELD ASA

14  Dated: March 22, 2006                          MORRISON & FOERSTER LLP

15

16                                                 By:   /s/Steven E. Comer
                                                        Steven E. Comer

17                                                      David C. Doyle
                                                        Peng Chen

18                                                      Anders T. Aannestad
                                                        Jason A. Crotty

19                                                      Attorneys for Plaintiff
                                                        GENERAL ATOMICS, DIAZYME

20                                                      LABORATORIES DIVISION and
                                                        Counterdefendant-counterplaintiff

21                                                      CAROLINA LIQUID CHEMISTRIES
                                                        CORPORATION

22

23                                    **[PROPOSED] ORDER**

24

25  IT IS SO ORDERED.

26

27  Dated: _____          _____
                                          The Honorable Susan Illston

28  United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: AXIS-SHIELD'S ANSWER AND COUNTERCLAIM TO THE
AMENDED COMPLAINT
Case No. 3:05-cv-04074 SI

1

**General Order 45 Attestation**

2         I, Paul C. Nyquist, am the ECF User whose ID and password are being used to file

3  this Stipulation and [Proposed] Order Dismissing '645 and '581 Patents with Prejudice.  In

4  compliance with General Order 45, X.B., I hereby attest that Timothy P. Walker and Steven

5  E. Comer have concurred in this filing.

6                                         /s/ Paul C. Nyquist
                                            Paul C. Nyquist

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: AXIS-SHIELD'S ANSWER AND COUNTERCLAIM TO THE
AMENDED COMPLAINT
Case No. 3:05-cv-04074 SI