UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>Defendants.<br><br>AND ALL CROSS RELATED ACTIONS. | CASE NO. C 05 4074 SI<br><br>Judge: The Honorable Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT, EXTENDING MEDIATION DATE, AND EXTENDING DATE FOR EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE** |

AXIS-SHIELD, ASA ("Axis-Shield") has requested an extension of time within which to file its opposition to the Motion for Summary Judgment ("MSJ") filed by General Atomics, Inc. ("General Atomics").

General Atomics has agreed to the extension and as a result, the parties have agreed to

C 05 4074 SI -1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT, ETC.

1 extend the date of the mediation so that the opposition to the MSJ and reply to the MSJ will be
2 provided to the mediator prior to the mediation.

3     The parties have also agreed to extend the date for the Exchange of Preliminary Claim
4 Construction and Extrinsic Evidence due to the other extensions.

5     **THEREFORE, IT IS HEREBY STIPULATED** by and between Axis-Shield and
6 General Atomics through their attorneys of record as follows:

7     1.    Axis-Shield shall file and serve its opposition to the MSJ on May 12, 2006;

8     2.    General Atomics shall file and serve its reply to the opposition to the MSJ on May
9 19, 2006;

10     3.    The mediation date shall be extended to no later than May 26, 2006;

11     4.    The date for the Exchange of Preliminary Claim Construction and Extrinsic
12 Evidence is extended to May 26, 2006;

13     5.    The hearing on the MSJ shall be continued until June 2, 2006, or until such other
14 date as determined by the Court.

Dated: April 24, 2006        VOSS, COOK & THEL LLP

By: /s/ Paul C. Nyquist
    Paul C. Nyquist
    Francis T. Donahue
    Attorneys for Defendant/Cross-Complainant
    AXIS-SHIELD ASA

Dated: April 24, 2006        PRESTON GATES & ELLIS LLP

By: /s/ Timothy P. Walker
    Timothy P. Walker
    Elaine Y. Chow
    Attorneys for Defendant/Cross-Complainant
    AXIS-SHIELD ASA

C 05 4074 SI        -2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT, ETC.

DATED: April 24, 2006        MORRISON & FOERSTER LLP

By:   s/David C. Doyle
      David C. Doyle
      Steven E. Comer
      Peng Chen
      Anders T. Aannestad
      Jason A. Crotty
      Attorneys for Plaintiff
      GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION and Counterdefendant-counterplaintiff CAROLINA LIQUID CHEMISTRIES CORPORATION

[PROPOSED] ORDER

**IT IS ORDERED** as follows:

1. Axis-Shield shall file and serve its opposition to the MSJ on May 12, 2006;

2. General Atomics shall file and serve its reply to the opposition to the MSJ on May 19, 2006;

3. The mediation date shall be extended to no later than May 26, 2006;

4. The date for the Exchange of Preliminary Claim Construction and Extrinsic Evidence is extended to May 26, 2006;

5. The hearing on the MSJ shall be continued until June 2, 2006, ~~or until~~ _____, at ~~9:00 a.m.~~

DATED: April _____, 2006         _____
                                    The Honorable Susan Illston
                                    United States District Judge

C 05 4074 SI                          -3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT, ETC.

**General Order 45 Attestation**

I, Paul C. Nyquist, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing Date for Motion for Summary Judgment, Extending Mediation Date, and Extending Date for Exchange of Preliminary Claim Construction and Extrinsic Evidence. In compliance with General Order 45, X.B., I hereby attest that David C. Doyle, Anders T. Aannestad and Timothy P. Walker have concurred in this filing.

                        /s/ Paul C. Nyquist
                        Paul C. Nyquist

H:\Client Folders\Axis-Shield (56000)\adv. General Atomics(005)\Pleadings\Stip Cont MSJ - Mediation - Extended Hrg Dates.doc

C 05 4074 SI                         -4-
**STIPULATION AND [PROPOSED] ORDER TO CONTINUING HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT, ETC.**