PAUL C. NYQUIST, Esq., SBN 51258
FRANCIS T. DONOHUE, Esq., SBN 106801
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-6310
Telephone: (949) 435-0225
Facsimile: (949) 435-0226

TIMOTHY P. WALKER, Esq., SBN 105001
ELAINE Y. CHOW, Esq., SBN 194063
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

LOUIS C. CULLMAN, Esq., SBN 168746
PRESTON GATES & ELLIS LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile: (949) 623-4480

Attorneys for Defendant and Counterclaimant,
AXIS-SHIELD ASA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation<br><br>    Plaintiff and counterdefendant,<br><br>v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>    Defendants.<br><br>AND RELATED ACTIONS. | Case No. C 05 4074 SI<br><br>**AXIS-SHIELD ASA'S REQUEST AND [PROPOSED] ORDER PERMITTING EQUIPMENT IN THE COURTHOUSE**<br><br>Date:  June 2, 2006<br>Time:  9:00 a.m.<br>Ctrm:  10, 19th Floor<br>Judge:  Hon. Susan Illston |

---

AXIS-SHIELD ASA'S REQUEST AND
[PROPOSED] ORDER PERMITTING
EQUIPMENT IN THE COURTHOUSE
Case No. 3:05-cv-04074 SI

1                    PRINTED ON RECYCLED PAPER

Pursuant to General Order 58, defendant, Axis-Shield ASA requests an Order allowing equipment into the Courtroom for the motion for summary judgment hearing to be held on June 2, 2006 beginning at 9:000 a.m.

DATED: May 31, 2006                                    PRESTON GATES & ELLIS LLP

By: _____/s/ Timothy P. Walker_____
Timothy P. Walker
Attorneys for Defendant
Axis-Shield ASA

IT IS HEREBY ORDERED that:

Defendant, Axis-Shield ASA may bring the following pieces of equipment into the courtroom for use during the summary judgment hearing to be held on June 2, 2006.

1. One (1) Laptop Computer
2. One (1) Projector
3. Several Demonstrative Exhibit Boards
4. Several Cords and Connections

**IT IS SO ORDERED.**

Dated: _____                    _____
Honorable Susan Illston
United States District Court Judge

---

AXIS-SHIELD ASA'S REQUEST AND
[PROPOSED] ORDER PERMITTING
EQUIPMENT IN THE COURTHOUSE
Case No. 3:05-cv-04074 SI

2                    PRINTED ON RECYCLED PAPER