UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>　　　　　　　Defendant. | Case No.　　3:05-cv-04074 SI<br><br>[PROPOSED] ORDER AUTHORIZING GENERAL ATOMICS'S ENTRY AND USE OF EQUIPMENT IN THE COURTHOUSE<br><br>Date: September 13-14, 2006<br>Time: 3:30 p.m.<br>Before: Honorable Susan Illston<br>Location: Courtroom 10, 19th Floor |
| AND ALL RELATED ACTIONS | |

[PROPOSED] ORDER AUTHORIZING
GENERAL ATOMICS'S ENTRY AND USE
OF EQUIPMENT IN THE COURTHOUSE
Case No. 3:05-cv-04074 SI
sd-334121

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to General Order 58, it is hereby ordered that plaintiff General Atomics and its |
| 3 | counsel, Morrison & Foerster LLP, be permitted to bring into the courthouse and use in the |
| 4 | courtroom the equipments listed below. |
| 5 | 1. One (1) Laptop Computer |
| 6 | 2. One (1) Projector |
| 7 | 3. Demonstrative Boards |
| 8 | 4. Easel Stand and Paper |
| 9 | 5. Cords and Connections |
| 10 | IT IS SO ORDERED. |
| 11 | _/s/ Susan Illston_ |
| 12 | The Honorable Susan Illston<br>U.S. District Court Judge |
| 13 | Dated: _____, 2006 |

[PROPOSED] ORDER AUTHORIZING
GENERAL ATOMICS'S ENTRY AND USE
OF EQUIPMENT IN THE COURTHOUSE
Case No. 3:05-cv-04074 SI
sd-334121