1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  GENERAL ATOMICS, DIAZYME
    LABORATORIES DIVISION, a California
13  corporation,

14  Plaintiff,

15  v.

16  AXIS-SHIELD ASA, a Norway corporation,

17  Defendant.

18  AND ALL RELATED ACTIONS

19

| | |
|---|---|
| Case No. 3:05-cv-04074 SI | |

**AMENDED STIPULATION AND
[PROPOSED] ORDER FOR
PARTIAL STAY OF DISCOVERY**

Judge: The Honorable Susan Illston

20  IT IS HEREBY STIPULATED by and between the parties to this action through their

21  undersigned counsel that:

22  All fact and expert discovery shall be stayed other than that discovery relating to General

23  Atomics, Diazyme Laboratories Division and Carolina Liquid Chemistries' ("General Atomics")

24  Second Motion for Summary Judgment of Noninfringement (Court Document #120) ("Motion")

25  until the Court issues its Order on the Motion ("Order");

26

27  Within ten (10) Court days of the Court's Order, the parties shall submit a revised

28  proposed case calendar, if necessary;

AMENDED STIPULATION AND [PROPOSED] ORDER FOR PARTIAL STAY DISCOV.
Case No. 3:05-cv-04074 SI

sd-345394

General Atomics will present Dr. Borchardt for deposition in San Francisco on November 28, 2006, Dr. Xia for deposition in San Francisco on November 29, 2006, and Dr. Yuan for deposition in San Francisco on November 30, 2006, (or on other dates agreed by the parties) on topics relating to the Motion only; all other pending noticed depositions are stayed;

After the filing of its Opposition to the Motion ("Opposition"), Axis-Shield will cooperate in continuing the Motion hearing date to accommodate discovery requests of General Atomics directed to topics relating to the Motion and Opposition only;

All responses to pending interrogatories, requests for admission, requests for the production of documents, Patent Local Rule 3-6(b), and Patent Local Rule 3-8 are stayed, with the exception that Axis-Shield shall produce non-privileged documents responsive to General Atomics' Document Request No. 49[1] no later than two court days after it files testing evidence in support of its Opposition;

General Atomics will continue to promptly produce to Axis-Shield exemplar enzymatic homocysteine test kits and control kits upon request, payment for which shall be promptly made by Axis-Shield to General Atomics at a rate of $850.00 (U.S. dollars) per enzymatic homocysteine test kit, plus tax and shipping and the retail price of control kits, plus tax and shipping;

The deadline for a motion to compel discovery will be determined pursuant to the new case calendar and revised fact discovery cut-off; and

---

[1] This Request calls for the production of "[a]ll DOCUMENTS related to scientific testing of the ACCUSED PRODUCTS, whether performed by YOU or at YOUR direction, and whether the results support or refute YOUR claim of infringement by the ACCUSED PRODUCTS."

1

AMENDED STIPULATION AND [PROPOSED] ORDER FOR PARTIAL STAY DISCOV.
Case No. 3:05-cv-04074 SI

sd-345394

1    This stipulation does not prejudice Axis-Shield's right to seek a continuance of the

2    January 5, 2007, Motion hearing date, to seek production of documents withheld from production,

3    or to seek more than 7 hours of deposition testimony from Dr. Yuan.

4

5

6    Dated: November 15, 2006          PRESTON GATES & ELLIS LLP

7
                                       By:_____/s/_____
8                                             Timothy P. Walker
                                              Elaine Y. Chow
9                                             Attorneys for Defendant/Cross-Complainant
                                              AXIS-SHIELD ASA
10

11   Dated: November 15, 2006          MORRISON & FOERSTER LLP

12
                                       By:_____/s/_____
13                                            David C. Doyle
                                              Steven E. Comer
14                                            Peng Chen
                                              Anders T. Aannestad
15                                            Jason A. Crotty
                                              Attorneys for Plaintiff
16                                            GENERAL ATOMICS, DIAZYME
                                              LABORATORIES DIVISION and
17                                            Counterdefendant-counterplaintiff
                                              CAROLINA LIQUID CHEMISTRIES
18                                            CORPORATION

19

20                          **[PROPOSED] ORDER**

21

22   IT IS SO ORDERED.

23
     Dated: _____              _____
24                                             The Honorable Susan Illston
                                               United States District Judge
25

26

27

28
                                       2
     AMENDED STIPULATION AND [PROPOSED] ORDER FOR PARTIAL STAY DISCOV.
     Case No. 3:05-cv-04074 SI

     sd-345394

**General Order 45 Attestation**

      I, Anders T. Aannestad, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re Briefing Schedule for Summary Judgment Motion.  In compliance with General Order 45, X.B., I hereby attest that Timothy P. Walker have concurred in this filing.

    /s/ Anders T. Aannestad    
Anders T. Aannestad

3
AMENDED STIPULATION AND [PROPOSED] ORDER FOR PARTIAL STAY DISCOV.
Case No. 3:05-cv-04074 SI

sd-345394