1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>Defendant.<br><br>AND ALL RELATED ACTIONS | Case No.   3:05-cv-04074 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF HEARING DATE ON GENERAL ATOMICS' SECOND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Judge:   The Honorable Susan Illston |

PURSUANT TO THE NOVEMBER 15, 2006 AMENDED STIPULATION AND ORDER FOR PARTIAL STAY OF DISCOVERY IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that:

The hearing on General Atomics, Diazyme Laboratories Division and Carolina Liquid Chemistries' ("General Atomics") Second Motion For Summary Judgment is continued from January 12, 2007 to February 23, 2007.

STIPULATION AND [PROPOSED] ORDER RE EXTENSION
Case No. 3:05-cv-04074 SI

sd-351834

Axis-Shield shall produce Frank Frantzen, Arne Kristian Nordhei, Elisabeth Try Valoe, Arne Ludvig Faaren, and Michael Toney for deposition at a time such that all depositions are concluded no later than January 26, 2007.

General Atomics intends to seek documents from and subpoena Ralph Green for deposition; Axis-Shield intends to oppose the production of documents and deposition of Ralph Green.

This stipulation and order shall not prejudice or expand the right of Axis-Shield to seek additional discovery or continuance (e.g., per FRCP 56(f)) and shall not prejudice or expand Axis-Shield's right to seek additional briefing.

This stipulation and order does not and shall not be relied upon to alter the burdens of proof and production applicable to General Atomics' original moving papers.

Dated: December 27, 2006     PRESTON GATES & ELLIS LLP


By:      /s/
         Timothy P. Walker
         Elaine Y. Chow
         Attorneys for Defendant/Cross-Complainant
         AXIS-SHIELD ASA

Dated: December 27, 2006     MORRISON & FOERSTER LLP


By:      /s/
         David C. Doyle
         Steven E. Comer
         Peng Chen
         Anders T. Aannestad
         Jason A. Crotty
         Attorneys for Plaintiff
         GENERAL ATOMICS, DIAZYME
         LABORATORIES DIVISION and
         Counterdefendant-counterplaintiff
         CAROLINA LIQUID CHEMISTRIES
         CORPORATION

1
STIPULATION AND [PROPOSED] ORDER RE EXTENSION
Case No. 3:05-cv-04074 SI

sd-351834

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE EXTENSION
Case No. 3:05-cv-04074 SI

sd-351834

2

**General Order 45 Attestation**

I, Anders T. Aannestad, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension Of Hearing Date And Briefing Schedule On General Atomics Second Motion For Summary Judgment Of Noninfringement. In compliance with General Order 45, X.B., I hereby attest that Timothy P. Walker and Paul Nyquist have concurred in this filing.

          /s/ Anders T. Aannestad
             Anders T. Aannestad