PAUL C. NYQUIST, ESQ. (SBN 51258)
FRANCIS T. DONOHUE, ESQ., (SBN 106801)
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-6310
Telephone: (949) 435-0225
Facsimile: (949) 435-0226

TIMOTHY P. WALKER, ESQ., (SBN 105001)
ELAINE Y. CHOW, ESQ., (SBN 194063)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

LOUIS C. CULLMAN, ESQ., (SBN 168746)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile: (949) 623-4480

Attorneys for Defendant and Counterclaimant,
AXIS-SHIELD ASA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation<br><br>    Plaintiff and counterdefendant,<br><br>v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>    Defendants.<br><br>AND RELATED ACTIONS. | Case No. C 05 4074 SI<br><br>**STIPULATION AND PROPOSED ORDER ALLOWING AXIS-SHIELD TO FILE SURREPLY IN OPPOSITION TO GENERAL ATOMICS AND CAROLINA LIQUID CHEMISTRIES SECOND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date: February 23, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: Honorable Susan Illston |

STIPULATION AND PROPOSED ORDER
ALLOWING AXIS-SHIELD TO FILE SURREPLY     - 1 -                                      Printed on Recycled Paper
Case No. 3:05-cv-04074 SI

1. General Atomics, Diazyme Laboratories Division, and Carolina Liquid Chemistries Corporation (collectively, "General Atomics") and Axis-Shield ASA ("Axis-Shield") hereby stipulate as follows:

2. General Atomics consents to Axis-Shield ASA filing on February 20, 2007, a surreply and supporting declarations and objections in opposition to General Atomics and Carolina Liquid Chemistries Second Motion for Summary Judgment of Noninfringement, set for hearing on February 23, 2007, and an opposition and supporting papers to General Atomics and Carolina Liquid Chemistries Objections to Evidence and Motion to Strike. The surreply memorandum shall not exceed 15 pages; and the memorandum in opposition to the motion to strike shall not exceed 15 pages.

Dated: February 20, 2007

        KIRKPATRICK & LOCKHART
        PRESTON GATES & ELLIS LLP

By: _____/s/_____
   TIMOTHY P. WALKER
   ELAINE Y. CHOW

   LOUIS C. CULLMAN
   VOSS, COOK & THEL LLP
   PAUL C. NYQUIST
   FRANCIS T. DONOHUE
   Attorneys for Defendant and
   Counterclaimant
   AXIS-SHIELD ASA


        MORRISON & FOERSTER LLP


By: _____/s/_____
   ANDERS T. AANNESTAD
   Attorney for Plaintiff
   GENERAL ATOMICS, DIAZYME
   DIVISION AND CAROLINA LIQUID
   CHEMISTRIES CORPORATION

STIPULATION AND PROPOSED ORDER
ALLOWING AXIS-SHIELD TO FILE SURREPLY     Printed on Recycled Paper
Case No. 3:05-cv-04074 SI     3

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, Axis-Shield is granted leave to file a surreply and supporting declarations and objections in opposition to General Atomics and Carolina Liquid Chemistries pending motion for summary judgment and an opposition to General Atomics and Carolina Liquid Chemistries pending motion to strike.

IT IS SO ORDERED.

_____
THE HONORABLE SUSAN ILLSTON
U.S. District Court – Northern District

K:\51315\00002\TPW\TPW_P20QF