UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>Defendant.<br><br>AND ALL RELATED ACTIONS | Case No.   3:05-cv-04074 SI<br><br>[PROPOSED] ORDER AUTHORIZING GENERAL ATOMICS'S ENTRY AND USE OF EQUIPMENT IN THE COURTHOUSE<br><br>Date: February 23, 2007<br>Time: 9:00 a.m.<br>Before: Honorable Susan Illston<br>Location: Courtroom 10, 19th Floor |

[PROPOSED] ORDER AUTHORIZING
GENERAL ATOMICS'S ENTRY AND USE
OF EQUIPMENT IN THE COURTHOUSE
Case No. 3:05-cv-04074 SI
sd-359808

1 **ORDER**

2 Pursuant to General Order 58, it is hereby ordered that plaintiff General Atomics and its

3 counsel, Morrison & Foerster LLP, be permitted to bring into the courthouse ~~and use in the~~ on 2/23/07

4 courtroom the equipments listed below.

5     1.     One (1) Laptop Computer

6     2.     One (1) Projector

7     3.     One (1) Screen

8     4.     Demonstrative Boards

9     5.     Easel Stand and Paper

10     6.     Cords and Connections

11 IT IS SO ORDERED.

12     _____

13     The Honorable Susan Illston
    U.S. District Court Judge

14 Dated: _____, 2007

28 [PROPOSED] ORDER AUTHORIZING
GENERAL ATOMICS'S ENTRY AND USE
OF EQUIPMENT IN THE COURTHOUSE
Case No. 3:05-cv-04074 SI
sd-359808