PAUL C. NYQUIST, Esq., SBN 51258
FRANCIS T. DONOHUE, Esq., SBN 106801
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-6310
Telephone: (949) 435-0225
Facsimile: (949) 435-0226

TIMOTHY P. WALKER, Esq., SBN 105001
ELAINE Y. CHOW, Esq., SBN 194063
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

LOUIS C. CULLMAN, Esq., SBN 168746
PRESTON GATES & ELLIS LLP
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone: (949) 253-0900
Facsimile: (949) 623-4480

Attorneys for Defendant and Counterclaimant,
AXIS-SHIELD ASA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation<br><br>    Plaintiff and counterdefendant,<br><br>v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>    Defendants.<br><br>AND RELATED ACTIONS. | Case No. C 05 4074 SI<br><br>**AXIS-SHIELD ASA'S REQUEST AND [PROPOSED] ORDER PERMITTING EQUIPMENT IN THE COURTHOUSE**<br><br>Date: February 23, 2007<br>Time: 9:00 a.m.<br>Ctrm: 10, 19th Floor<br>Judge: Hon. Susan Illston |

---

AXIS-SHIELD ASA'S REQUEST AND
[PROPOSED] ORDER PERMITTING
EQUIPMENT IN THE COURTHOUSE
Case No. 3:05-cv-04074 SI

1

PRINTED ON RECYCLED PAPER

Pursuant to General Order 58, defendant, Axis-Shield ASA requests an Order allowing equipment into the Courtroom for the second motion for summary judgment hearing to be held on February 23, 2007 beginning at 9:000 a.m.

DATED: February 22, 2007            PRESTON GATES & ELLIS LLP

By: _____/s/ Timothy P. Walker_____
    Timothy P. Walker
    Attorneys for Defendant
    Axis-Shield ASA

IT IS HEREBY ORDERED that:

Defendant, Axis-Shield ASA may bring the following pieces of equipment into the courtroom for use during the second summary judgment hearing to be held on February 23, 2007.

1. One (1) Laptop Computer
2. One (1) Projector
3. Several Demonstrative Exhibit Boards
4. Several Cords and Connections

**IT IS SO ORDERED.**

Dated: _____      _[signature]_____
    Honorable Susan Illston
    United States District Court Judge

AXIS-SHIELD ASA'S REQUEST AND [PROPOSED] ORDER PERMITTING EQUIPMENT IN THE COURTHOUSE
Case No. 3:05-cv-04074 SI

2      PRINTED ON RECYCLED PAPER