UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ATOMICS, DIAZYME LABORATORIES DIVISION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AXIS-SHIELD ASA, a Norway corporation,<br><br>Defendant.<br><br>AND ALL RELATED ACTIONS | Case No.   3:05-cv-04074 SI<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF GENERAL ATOMICS', CAROLINA CHEMISTRIES', AND AXIS-SHIELD'S REMAINING CLAIMS AND COUNTERCLAIMS REGARDING THE '127 AND '717 PATENTS AND [PROPOSED] ORDER**<br><br>Judge:   The Honorable Susan Illston |

WHEREAS on October 11, 2005, General Atomics, Diazyme Laboratories Division ("General Atomics") filed a complaint seeking a declaratory judgment that its enzymatic homocysteine assay does not infringe U.S. Patent No. 5,631,127 ("the '127 patent"), U.S. Patent No. 5,958,717 ("the '717 patent"), U.S. Patent No. 5,827,645 ("the '645 patent"), and U.S. Patent No. 6,063,581 ("the '581 patent") (collectively, the "patents-in-suit"), and further seeking a declaration that the patents-in-suit were invalid and unenforceable;

WHEREAS on October 27, 2005, Axis-Shield ASA ("Axis-Shield") answered General

Atomics' declaratory judgment complaint; denied the allegations of noninfringement, invalidity, and unenforceability; and filed counterclaims of patent infringement by General Atomics and Carolina Liquid Chemistries Corporation ("Carolina Chemistries");

WHEREAS on November 16, 2005, Carolina Chemistries replied to Axis-Shield's counterclaims of patent infringement; denied the allegations; and filed counterclaims seeking a declaration that any enzymatic homocysteine assay sold or distributed by Carolina Chemistries does not infringe the patents-in-suit and further seeking a declaration that that patents-in-suit were invalid and unenforceable;

WHEREAS on November 17, 2005, Axis-Shield denied the allegations in Carolina Chemistries' counterclaims;

WHEREAS on February 15, 2006, the parties stipulated, and the Court ordered, that the claims and counterclaims relating to the '645 and '581 patents would be dismissed with prejudice;

WHEREAS on March 3, 2006, Axis-Shield identified two accused products: (1) an enzymatic homocysteine test kit sold by both General Atomics and Carolina Chemistries, and (2) a homocysteine microplate test kit sold by only General Atomics (aka, the "microtiter assay");

WHEREAS on July 19, 2006, the Court granted General Atomics' and Carolina Chemistries' motion for summary adjudication that its enzymatic homocysteine test kit did not infringe the '127 and '717 patents;

WHEREAS on August 9, 2006, the Court granted Axis-Shield's motion to amend its infringement contentions;

WHEREAS on September 27, 2006, the Court issued an order construing certain disputed claim terms;

WHEREAS on April 11, 2007, the Court granted General Atomics' and Carolina

1
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. 3:05-cv-04074 SI
sd-370625

Chemistries' second motion for summary judgment that the enzymatic homocysteine assay does not infringe the '127 and '717 patents. The Court held that a triable issue of fact remained regarding infringement by the homocysteine microplate test kit sold by General Atomics but not by Carolina Chemistries, and summary judgment as to that product was denied;

WHEREAS General Atomics and Axis-Shield hereby stipulate to dismiss without prejudice Axis-Shield's claim of infringement by General Atomics based on the making, using, selling, and offering to sell the homocysteine microplate test kit;

WHEREAS General Atomics, Carolina Chemistries, and Axis-Shield hereby stipulate to dismiss without prejudice General Atomics' and Carolina Chemistries counterclaims of invalidity and unenforceability;

WHEREAS General Atomics, Carolina Chemistries, and Axis-Shield further agree that after the dismissals without prejudice of Axis-Shield's claim of infringement by General Atomics based on the making, using, selling and offering to sell the homocysteine microplate test kit and General Atomics' and Carolina Chemistries counterclaims of invalidity and unenforceability, there are no remaining claims or counterclaims in this action;

NOW, THEREFORE, General Atomics, Carolina Chemistries, and Axis-Shield hereby AGREE AND STIPULATE as follows:

(1) General Atomics' and Carolina Chemistries' claims and counterclaims for declaratory judgment of invalidity and unenforceability of the '127 and '717 patents shall be dismissed without prejudice;

(2) Axis-Shield's claims of infringement based on General Atomics' making, using, selling, or offering to sell a homocysteine microplate test kit shall be dismissed without prejudice;

2
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. 3:05-cv-04074 SI
sd-370625

(3) General Atomics agrees that the statute of limitations on damages for patent infringement as to the homocysteine microplate test kit shall be tolled during the pendency of any timely appeal in this action;

(4) As to the claims that are dismissed without prejudice by this stipulation and order, each party shall bear its own costs and fees;

(5) As to the claims resolved by the above-referenced summary judgment motions, the taxing of costs shall be stayed until after the completion of any timely appeal of this action; and

(6) Final judgment of noninfringement pursuant to the motions for summary judgment referenced above shall be entered in favor of General Atomics and Carolina Chemistries and against Axis-Shield in the form of Exhibit A hereto. Axis-Shield approves entry of judgment pursuant to Exhibit A as to form only without prejudice to its right to appeal, which right to appeal is expressly reserved by Axis-Shield.

Dated: April 30, 2007                KIRKPATRICK & LOCKHART PRESTON
                                     GATES ELLIS LLP


                                     By: /s/ Timothy P. Walker
                                         Timothy P. Walker
                                         Elaine Y. Chow

                                     VOSS, COOK & THEL LLP
                                     Paul C. Nyquist
                                     Attorneys for Defendant/Cross-Complainant
                                         AXIS-SHIELD ASA

3
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. 3:05-cv-04074 SI
sd-370625

| | | |
|---|---|---|
| 1 | Dated: April 30, 2007 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s Anders T. Aannestad |
| 4 | | David C. Doyle<br>Steven E. Comer |
| 5 | | Peng Chen<br>Anders T. Aannestad |
| 6 | | Jason A. Crotty<br>Attorneys for Plaintiff |
| 7 | | GENERAL ATOMICS, DIAZYME<br>LABORATORIES DIVISION and |
| 8 | | Counterdefendant-counterplaintiff<br>CAROLINA LIQUID CHEMISTRIES<br>CORPORATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  _/s/ Susan Illston_
The Honorable Susan Illston
United States District Judge

4
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. 3:05-cv-04074 SI
sd-370625

| | |
|---|---|
| 1 | **General Order 45 Attestation** |
| 2 | I, Anders T. Aannestad, am the ECF User whose ID and password are being used to file |
| 3 | this STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF GENERAL ATOMICS', |
| 4 | CAROLINA CHEMISTRIES', AND AXIS-SHIELD'S REMAINING CLAIMS AND |
| 5 | COUNTERCLAIMS REGARDING THE '127 AND '717 PATENTS AND [PROPOSED] |
| 6 | ORDER.  In compliance with General Order 45, X.B., I hereby attest that Timothy P. Walker has |
| 7 | concurred in this filing. |

          /s/ Anders T. Aannestad
          Anders T. Aannestad

5
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. 3:05-cv-04074 SI
sd-370625